**FILED**

US DISTRICT & BANKRUPTCY

**JUN - 6 2008**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

2008 JUN -6 PM 11: 43

**Clerk, U.S. District and Bankruptcy Courts**

Betty Ann Newby,
425 2nd St. Washington, D.C. 20001,
        plaintiff,

vs.

George W. Bush,
George H. Bush,
Jenna Bush Hager,
Henry Hager,
Karl Rove,
Albert Gonzales,
Dick Cheney,
David Addington,
Harriet Miers,
John Ashcroft,
Fred Fielding,
Paul Wolfowitz,
Donald Rumsfeld,
John Roberts, Jr.,
Samuel Alito, Jr.,
Brett Kavanaugh,
Robert Gates,
Michael Hayden,
Michael Mukasey,
A Class of Defendants Comprised of President George W. Bush Political
    Nominees Who Were Confirmed by the Senate
The Senate Judiciary Committee,
Senator Arlen Specter,
Senator John Warner,
Senator Patrick Leahy,
Senator Pat Roberts,
The Senate Armed Services Committee,
The Senate Select Committee on Intelligence,
 United States Marshals Service
US PROTECT,
Department of the Interior,
Department of Defense,
Department of Justice,
Department of Homeland Security,
Department of Housing and Urban Development,
Alfonso Jackson,
Michael Chertoff,
National Security Agency,
Keith Alexander,
Jack Potter,
United States Postal Service,
Federal Bureau of Investigation,
Robert Mueller,
Tom Ridge,
Henry Kissinger,

RECEIVED

No. _____

Jury Demanded

**JURY ACTION**

Case: 1:08-cv-00983
Assigned To : Collyer, Rosemary M.
Assign. Date : 6/6/2008
Description: Civil Rights-Non-Employ.

1

John McConnell,
John Negroponte,
Philip Perry,
Charles Burton,
Minton, Burton, Foster & Collins, P.C.,
Locke Lord Bisselle & Liddell, LLP,
George Whittenburg, III.,
Isaac Moore,
Verizon, Inc.,
AT&T Company,
Southwestern Bell Telephone Company,
Homeowners Long Distance  Network,
Rick Perry,
Chuck Rodriguez,
Federal Elections Commission,
Nathan Hecht,
Jack Balaggio, Jr.,
Linda Aveceedo,
Christine McKeeman,
Jack Young,
Moser Investments,
Sherie Bosier,
J. Kenny Norris,
William Taylor,
Bill Smith,
Gloria Trigg,
Charles Trigg,
Judy Flanders,
Meryl Barnett,
Chris Coffman,
David Willard,
Jerrie Keith,
Jim Borem,
Pete Loftis,
Larry Mullenix,
Jeff Brain,
Pat Gillingham
Tom Edmonds,
Charles Montgomery,
ConocoPhillips Co., Inc.,
Chevron Phillips Chemical Company,
ExxonMobile Corporation ,
Rex Tillerson,
James Mulva,
David O'Reilly,
Sheria Evans
Dick Thornberry,
Bill Clinton,
                    Defendants.

Original Complaint for Declaratory and Injunctive
Relief and Damages

Plaintiff Betty Ann Newby files her Complaint seeking declaratory and
injunctive relief and money damages, jointly and severally, where applicable,
against the defendants named above in the caption to this civil suit.
Plaintiff incorporates the names of the defendants into this paragraph as
if the names were written and restated on this page. She complains that the
defendants have damaged her properties, have converted her properties, have
taken her properties,    have intentionally inviolated her civil rights, privacy,
and property rights, and have inflicted extreme pain and suffering upon
her in violation of federal laws, Texas law, and the Texas and federal
Constitutions. She seeks damages in excess of the jurisdictional limits
of this Court.

## I. Jurisdiction and Venue

This court has jurisdiction to decide this case brought by plaintiff Newby
as a fee-paying party as the correct interpretation of federal law is in
dispute. Also, there is diversity of jurisdiction between plaintiff Newby
and certain defendants , and the amount in controversy exceeds the jurisdictional
limits of the United States District Court. A majority of the defendants
work for the federal government in Washington, D.C. or worked for the
federal government duringa all relevant times pertinent to this litigation.

Plaintiff moves the court, in the interest of justice,
to ask the acting Chief Justice of the Supreme Court to assign a district
judge from another judicial district to hear this case.

## II. Request for a Three-Judge Court to Decide the Plaintiff's Challenge to Congressional and Presidential Denial of her Constitutional Right to Elect Her Governmental Officials

In this suit Betty Ann Newby challenges the constitutionality of being denied the constitutional right to elect her governmental officials as a District of Columbia resident, having moved to the District in 2005 from Texas. The Congress refuses to allow her and several hundred thousand District of Columbia residents to have any meaningful determination of the elected officials who make laws that affect their daily lives. The President refuses to ask Congress to pass legislation to allow District residents the full elective franchise. Congress, of course, acts in the functional capacity of a state legislature toward the residents of the federal District  pursuant to the District Clause in     Article 1 of the Constitution; however, it cannot deny the basic right to vote and elect government officials in its capacity of a state ldgislature for D.C. residents.  The Congress passed and the President signed the Voting Rights Reauthorization Act to assure that voters from coast to coast would be allowed the full elective franchise.  Therefore, the Congress and the President are estopped from contending that D.C. residents, like convicted felons, the insane persons, and children, should not be allowed to      enjoy the full elective franchise.

Secondly, Congressional and Presidential refusal to allow Betty Ann Newby to enjoy the full elective franchise and full participation in Congressional business such as confirmation hearings as an American citizen who voluntarily relocated to the federal campus from Texas denies her her the Constitutional right to travel interstate  and to vote in her new jurisdiction.

Thirdly, denying Betty Ann Newby the right to participate in Congressional affairs such as confirmation hearings solely because of her residency denies her a republican form of government promised by Article 4 of the Constitution.

Fifthly, Betty Ann Newby is of Anglo-Saxon descent; however, a majority of the residents of the federal District are of African descent or Hispanic or Asian descent. Because the federal government treats all residents of the District alike in denying them the full elective franchise, its agents force her to wear a badge of slavery in violation of the 13th, 14th, and 15th Amendments and the Voting Rights Act and its recent reauthorization and amendments. The Congress and the President cannot, of course, discriminate against Betty Ann Newby and the residents of the District on racial grounds. Likewise, Congress cannot structure life for the almost half a million D.C. residents in a way that suggests apartheid-like government imprimatur. The federal government cannot treat Betty Ann Newby and the D.C. residents like political pariahs and exclude their political participation in federal and state and local government just because its agents have done so for over 200 years.

Sixthly, Congress, the President, and the Courts have allowed persons living on the grounds of the National Institutes of Health in Bethesda, Maryland to participate in both state and federal and local government decision-making. They have allowed citizens who are serving in the armed services or who have moved abroad to vote absentee in the last state in which they lived for Congressional elections; yet, they refuse to allow a Texas resident who has moved to the District to vote anywhere for Congressional representatives or District officials as state-like officials. They are denying 1st and 5th and 14th Amendment rights to Betty Ann Newby, an American citizen who wants to participate fully in the American political process, but is currently          placed in check by the current regime.

Seventhly, as a female voter over the age of 18, Betty Ann Newby is denied her Constitutional rights to vote pursuant to the 19th and 26th Amendments by the current regime that refuses to acknowledge that she is

entitled to the full elective franchise as part of her state and national citizenship rights.

Eightly, Betty Ann Newby is allowed to elect the President and Vice-President as a D.C. resident. Therefore, she should be allowed to challenge in Congress and the courts actions taken by her elected officials as a corollary to the 23rd Amendment.

The law of the D.C. Circuit requires the District judge assigned to the case to request the Chief Judge of the Court of Appeals to convene a three-judge court in cases in which the plaintiff seeks equitable relief on the issue of the D.C. vote issue and a declaration that denying the D.C. residents the full elective franchise violates a plaintiff's civil rights. See, Adams v. Clintio, D.D.C 1998 and 28 USC 2284. The three-judge statute is jurisdictional and mandatory.

Betty Ann Newby pleads that she is entitled to a convening of a three-judge court to decide the D.C. vote issue as applied to her as a D.C. voter and resident seeking to participate in Congressional issues and hearings. Her situation is different from the plaintiffs in the Alexander v. Daley plaintiffs because she is suing members of the U.S. Senate and the President to secure the full elective franchise and is asking the court to vacate all confirmations of President Bush due to serious Constitutional infirmities, including separation of powers issues and due process violations by members of the federal government, as shown by the facts below.

### III. Jury Demand

Plaintiff Betty Newby demands a jury trial on all issues triable to a jury.

### IV. No Governmental Immunity

Plaintiff Newby contends that no governmental immunity exists to

prevent her from suing members of Congress, the President, and *government officials.*                                    As shown by the facts below,

the named governmental officials have exceeded their Constitutional

authorities with their egregious grasping for power and private wealth

and have exceeded any outer perimeters of their Constitutional autherity

requiring the courts to declare that they are not entitled to immunity

under the majectic mantle of the state because they have violated the public

trust and their Constitutional duties.  The President has approved of illegal

surveillance both domestically and abroad as did his father, the    . former

President George H. Bush.  They did so and President Bush continues to do so

at the insistence of Big oil interests in  profits from global markets in

the petrochemical industry.  In particular, officials at Chevron Phillips,

ConocoPhillips, and ExxonMobile actively use the Bush Administrations to

maximize their global control of energy sources  and to perpetuate control

of American foreign and domestic policy in open contempt for a country whose

traditions are bedrocked in a constitutional democracy complete with

meaningful checks and balances and separation of powers.

Plaintiff Newby raises her challenge to the confirmations of President

Bush's political appointments in challenging the D.C. vote issue.

As shown by the particular facts of her case, she has standing to challenge

the practice of the last three presidents' using signing statements to object

to laws passed by Congress,                         *as not having*

political        courage or integrity to veto as required by the Constitution.

In particular, she challenges President Bush's utilizing signing statements

to circumvent the Fourth Amendment , the Foreign Intelligence Surveillance Act,

the Patriot  Act and its reauthorization, the Protect America Act, postal

regulations  service bill of 2006, and the President's using illegal activities

to assure him control over judges deciding Betty Ann Newby's cases naming

7

the President, his father,        Jenna, and her husband Henry Hager, and

a number of Bush officials from both Bush Administrations, personal friends,

and lobbyist who have supported the Bush families for decades   as defendants,

including ExxonMobile, ConocoPhillips, ChevronPhillips' interests.

As shown by the facts in this case, Betty Ann Newby contends that the

confirmation process is broken beyond repair due to manipulation of the process

by President George W. Bush requiring the Court to declare that such process

is undemocratic and in violation of a        .constitutional democracy requiring

all federal judicial officers to be        elected directly by the people

rather than by the current process of President appointment and confirmation

by the Senate. Plaintiff        contends that all gifts to all politicians

are bribes and are illegal, requiring the Court to revisit the issue of

the Constitutionality of dampaign finance and declaring that political

contributions are no longer legal in a constitutional democracy and requiring

Congress to change the campaigning and voting laws  in represponse.

### V. Statement of Facts

Betty Newby owned a sole law practice in        Borger, Texas for twenty

years. Phillips Petroleum Company owns and owned and operated the world's

largest petrochemical complex in its adjacent company towns,        Phillips,

Texas and Bunavista, Texas, for decades. It merged its chemical interests

with   Chevron land its refining interests with Conoco  beginning in 2000.

                                    The ConocoChevronPhillips interests

are industry leaders in the energy field and major polluters as are Shell and

BP Petroleum and other energy giants. Harriet Miers' Dallas firm has

represented Phillips interests since at least 1986 when Locke Purnell Rain

Harrell    lawyers Tim Mountz and Mike Powell made their appearance in

class actions liglitigated by Betty Newby for the residents of Phillips, TX

who were illegally forced to relocate on Phillips' terms without the

rudiments of Due Process. The forced move cost the over 1,000 Phillips homeowners over $100,000,000 but corporate Phillips paid them only $5,000,000, lying to them and and covering up the facts that its chemical operations had posed serious public health risks to local residents for decades. Corporate Phillips had leased the land under its facilities from two area ranching entities comprised of members of the Whittenburg and Johnson families. Corporate Phillips utilized hybrid ground rent agreements in dealing with the residential homeowners, most of whom were undereducated and lifetime employees for Phillips and its subsidiaries. Corporate Phillips ponied up over 22 million dollars to the Johnsons and Whittenburgs to get them to join the rape of    unsuspecting and trusting homeowners and run them        and their town, comprised of two business districts, two churches, and a school district out of town---on the ranchers' and Phillips' terms. In order to qualify for the meager and insufficient subsidy promised by corporate Phillips to the homeowners, the later were forced to sign global releases prepared by lawyers for corporate Phillips and the Johnson and Whittenburg interests in a transparent effort to shield the triumvirate from toxic tort and CERCLA liability. It was relatively easy for corporate Phillips to achieve its goal of tar and feathering the Phillips homeowners and riding them out of town on a corporate rail because it was able to enlist the help of local political powers such as officials for the City of Borger, law enforcement officials, and local judges, who are beholden to corporate Phillips for voter approval and for campaign contributions. Prosecutors also do corporate Phillips bidding   in the Texas Panhandle. It is almost the only show in town---except, of course, for the United States Constitution.

Corporate Phillips and the Johnsons and Whittenburgs were aggressively trying to beat the deadline of December 31, 1986 imposed by the SARA Amendments to the Superfund Act requiring chemical companies such as

corporate Phillips to tell communities such as those in Hutchinson County, Texas the characteristics of their chemicals and their public health risks.

Because the hazardous chemical liabilities was so obvious and because corporate Phillips had intentionally refused to warn area residents that its nearby facilities dealt in deadly and toxic chemicals and substances daily and that its corporate officials had chosed a deliberate part of nondisclosure toward area residants, the ranchers and corporate Phillips were intent on securing releases from all liability from the 1,000 residential families. They entered into conspiracies for the purpose of violating the civil rights of the loyal residents of Phillips Petroleum Company's company towns.

As soon as Betty Newby retained Dallas lawyers Emil Lippe and Mike Moser to join her in the class action filed in the Northern District of Texas in 1986, and amended her pleadings to ask for a protective order regarding hazardous chemical liabilities, corporate Phillips retained Harriet Miers' Dallas firm. The Locke lawyers and corporate counsel then systematically shredded, buried, and burned dumptrucks of protected environmental records and suborned perjury at the subsequent contempt  hearing. They escaped a contempt finding.

George Whittenburg, III., later turned"Pioneer"  campaign contributor along with Teel Bivins, for President Bush's 2000 campaign, initiated a secret and lucrative referral business with the presiding federal judge's husband's

two-man Amarillo law firm, Robinson & Fotheringham, without disclosures to plaintiff Newby. The judge's objectivity was challenged and she was openly in favor of helping corporate Phillips and the Whittenburgs and the Johnsons evict the 1,000 homeowners without Due Process.  In 1989 Judge Robinson ordered a mandatory settlement conference and tried to force all litigation to settle.  When the undersigned refused to settle the case on terms favorable to Phillips and the ranchers, corporate Phillips' lawyers asked state district

judge, The Hon. Guy Hazlett, 316th District Court in  Hutchinson County,

Texas to offer Betty Newby a bribe in the form of a job offer with corporate

Phillips legal department for life if she would tell her clients to stop

suing Phillips and accept its  paltry offer.  Judge Hazlett told the

undersigned in May 1989 that Henry Kissinger had already persuaded President

Bush to takeover the Arab oil fields to control global  energy profits   by

using the American military.  Judge Hazlett told the undersigned that Phillips

had agreed to give her commodity tips before such invasion so she could

prof t from the military's activities , thereby assuring her of personal wealth.

Hazlett also told the undersigned that the Locke firm was well connected to

Justice Rehnquist through Morris Harrell, a former ABA president and president

of the Texas Bar Association and that the Chief Justice had allegedly promised

to protect corporate Phillips and the ranchers.  He further promised the under-

signed that the Supreme Court would not read a word of any petitions for

certiorari she ever submitted to the Supreme Court in litigation against

corporate Phillips.  Betty Newby learned after moving to D.C. that the

Supreme Court changed its procedures in the  late  1980's under Rehnquist so

that the clerk is instructed to deny in forma pauperis petitions and   return

them without the court's ever reviewing the petitions.   Betty Newby had

filed IFP petitions for her homeowner clients  and was not privy to the

real day-to-day procedures of the Supreme Court.

Betty Newby refused Phillips' bribe to the consternation of Judge Hazlett,

who warned the undersigned that Phillips would ruin her if she did not

reconsider and take its offer.

In 1992 a Mississippi lawyer waiting to argue before the Fifth Circuit

Court of Appeals panel, comprised of Justices Jones and Barksdale and Texas

Judge Prado, after plaintiff Newby had argued for the homeowners that Phil

Gramm had been selecting panels for Phillips and wealthy contributors since

he had been elected.  Justice Jones was a finalist with Justice Souter for

the Supreme Court position eventually given to Justice Souter. In 1994, Justice Jones and Justice Higgenbotham tried to eviscerate another appeal Betty Newby tried to file for her homeowner clients, even though they were not even assigned to the panel. Betty Newby asked Chief Justice Politz to resolve the interference resulting in      a panel reversal in favor of the homeowners.

In 1994, Betty Newby learned from Tom       Fotheringham that he and the judge's husband had received large fees from the Whittenburg firm while she was suing Whittenburgs and Phillips over the forced eviction.  The CERCLA response costs and toxic tort liability now exceeds a billion dollars.  Whittenburgs had agreed to repay corporate Phillips the twelve million dollar purchase price if Betty Newby succeeded in obtaining a judgment for the homeowners.  Betty Newby moved to recuse and disqualify Judge Robinson based upon her financial conflict of interest that she had chose  to conceal from the      undersigned and the homeowners.  The judge refused to recuse and disqualify and the Firth Circuit denied a mandamus application filed by the undersigned.  Judge Robinson refused a jury demand and refused to certify a class or allow the Loucks plaintiffs to plead environmental and CERCLA claims.

By this time George Bush  had been elected Governor of Texas and had hired Harriet Miers to represent him.  She, along with Karl Rove, advised Bush to nominate Albert Gonzales to the Texas Supreme Court.  Governor Bush, by Texas Statute, interviewed and approved of  volunteers to train   and serve as Texas Home Guards.  Not known to Betty Newby until years later, George H. Bush .     classified her as a national security risk in  1990 as a favor to Phillips Petroleum Company and the Whittenburg interests.  The Home Guards are comprised of retired Texas Guardsmen and women and retired military personnel and "volunteers' approved by the Texas governor for secret surveillance work for the President.  The federal government repays Texas.

Betty Newby did not learn until 2004 from a government  employee with personal knowledge that President Bush had bumped her classification to K-Dog-3, a military classification used for terrorists like Bin Ladin.  Her classification was only one lower than that used to hunt for Bin Ladin.  The government employee told her that over 250 other unsuspecting Texans like her were simultaneously being surveilled by the Texas Home Guards but that other states had similar surveillance programs.  The surveillance of Americans unrelated to terrorism was for political purposes and was the brainchild of young Reagan lawyers in the 1980's.  On the K-Dog-3 level, plaintiff's lawyers like Betty Newby and other activists in Texas and other states were subject to the military surveillance reserved for true terrorists.  All persons who had called her three times or who had come to visit her were likewise being surveilled.  The military surveillance  was, of course, unconstitutional.

Corporate Phillips worked with Harriet Miers' beau, Texas Supreme Court Justice Nathan Hecht, and George Whittenburg to ruin Betty Newby personally and professionally in  Texas.  They worked with officials at the City of Borger, Texas to bulldoze Betty Newby's home in Borger without due process a few days  before a State Bar hearing     was held to decide a grievance allegedly filed against her by Fred Perry.  Fred Perry affied that he was pleased with her representation of him and that he had not authorized or approved of the grievance.  The Bar Committee acted :  unlawfully without a quorum and voted to suspend the undersigned from the          practice of law. Justice Nathan Hecht, in trying to ruin Betty Newby prior to Harriet Miers' likely appointment to the Supreme Court and before Betty Newby could volunteer

her testimony about the     Locke firm's bribing  federal judges for Phillips and the ranchers and destroying protected evinromental records, personally was responsible in appointing an ExxonMobile lawyer to the Board of Disciplinary Appeals to decide the alleged grievance against Betty Newby.

State Bar officials refused to allow Betty Newby to have a jury trial or to postpone the July 2003 hearing conducted without a quorum. The lawyer for the Bar ex parted the Texas Supreme Court and she asked its officials not to believe Betty Newby's arguments and authorities. Justice Hecht personally wrote a note and stuck it in her file at the Texas Supreme Court indicating that he was in charge of denying the undersigned adequate review and fair review in the Supreme Court. The Texas Supreme Court Clerk did not receive a motion to recuse Justice Hecht filed by mail by Betty Newby prior to the Texas Supreme Court's denial of her appeal. She filed a petition for certiorari in the Supreme Court in 2005, by mail from Austin, but the Supreme Court Clerk never received it.

Betty Newby moved to D.C. in May 2005 to offer testimony against Justice Priscilla Owen to the Fifth Circuit and to be in Washington in the likely event that President Bush appointed Harriet Miers to the Supreme Court. She filed suit in the Superior Court in July 2005 complaining of the above-facts and violations of her civil rights by both Bush Administratons. Henry Hager, who as was a key Rove assistant and Jenna Bush's beau, stalked her and was a key figure in forcing Court Security Officers at the Superior Court in D.C. in July 2005 to allow him to remove Betty Newby's pleadings and take them to the White House for President Bush, Vice-President Cheney, Karl Rove, David Addington, Harriet Miers, Albert Gonzales, and other agents to analyze. They filed them with the District Clerk a few weeks later, but after President Bush had appointed John Roberts to the Supreme Court. The clerk never served them.

Because the government agent in 2004 had described th two young government lawyers who were involved in domestic surveillance for the Reagan Administration, Betty Newby asked the Senate Judiciary Committee to ask John

Roberts his    role in    domestic surveillance decisions before his confirmatiion.

The Senators refused to allow the undersigned to participate,    contending

that she could not participate since she had no Congressional

delegation in the Senate.  Barack Obama was the only Senator who would even

listen to her argument and encourage her to litigate for the D.C. vote and

to challenge the President's actions in domestic surveillance and to challenge

his appointments, especially to the federal courts.

Betty Newby filed suit asking the court to enjoin the Roberts' confirmation

proceedings until the D.C. vote issue could be decided.  President Bush, in

violation of the separation of powers, chose Judge Ellen Huvelle, and succeeded

in having her dismiss the Roberts' challenge    two hours after it was filed.

Betty Newby learned a few days later that President George H. Bush had approved

an eight million dollar surveillance program of Sadam Hussein by CIA sub-

contractors posing as small appliance repairmen in Iraq.  There were no

links to Al Quaeda and no weapons of mass destruction, and Dick Cheney and Bob

Gates knew this along with the President's father by the early 1990's.

The undersigned        prepared an application for writ of mandamus to

file in the court of appeals in D.C. to enjoin his confirmation vote on

September 29, 2995.  Bush officials followed her to Kinko's in D.C. where she

typed all night .  One of them pretended to be a photocopy repairman, but he

actually altered the copier so that Bush's agents  received a copy of the

application before it could be filed.  Two men at Kinko's during the overnight

black bag job resembled David Addington and Phil Perry.  Betty Newby could not

file the petition before the Senate voted, intending to ask the Court of Appeals

to vacate the Roberts' confirmation on Due Process grounds.  She had learned from

a syntactical analysis that John Roberts had drafted Executive Order 12,667 and

Order 13, 233 as a private lawyer for the Bush and Reagan families and to

protect President Bush and Vice-President Cheney and    urged injunctive relief.

John Roberts nor President Bush had disclosed this conflict of interest to the

Senate.  John Roberts was disqualified to be confirmed as Bushes' and Cheney's lawyer.

Upon information and belief Henry Hager convinced an official at the shelter in D.C. where Betty Newby lives to give him her cart containing her type-writer and the court of appeals briefs. He then destroyed them by compacting them in the trash compactor so the undersigned could not file them and challenge John Roberts.

In January 2006 Betty Newby likewise challenged Samuel Alito on the same grounds regarding his role in domestic surveillance decisions by the Reagan Administration. The Senate refused to allow her to testify . She filed suit to stop the confirmation but President Bush hand-picked Judge Royce Lamberth, the former FISA Court judge to decide the case. Judge Lamberth, like Judges Sullivan and Huvelle, refused to convene a three-judge court to decide the D.C. vote challenge as required by 28 USC 2284.

Betty Newby found Jenna Bush driving the car for Henry Hager to allow him to remove her pleadings filed on June 6, 2006, from the Prettyman courthouse and take them to the White House for Karl Rove and other Bush loyalists to analyze. Bush operatives had a shelter  official steal the paper containing the license number of the car Jenna Bush was driving two hours later  to cover-up the felonies of criminal trespass and obstruction of justice.

The Court of Appeals refused to recuse itself even though John Roberts was one of its own justices. It refused to stay the Alito confirmation until it  had decided the Roberts' appeal. Justice Ginsburg refused to allow Betty Newby file a brief or have oral argument. Henry Hager stole her file containing her draft of a response to the Court of Appeals.

Betty Newby challenged the      appointments of Michael Hayden and Brett Kavanaugh, to no avail. Upon information and belief, John Roberts actually had Brett Kavanaugh claim that he had drafted Order 13, 233 to cover for Roberts, who knew he would likely be appointed to the Supreme Court during the Bush Administration. Brett Kavanaugh had personal knowledge of Bush's

surveillance    operations in his position as Secretary for Bush.

When Betty Newby tried to challenge the Robert Gates nomination, the committee would not even let her enter the hearing.  Judge Lamberth refused to allow the clerk to file the complaint and left it on his desk for months without returning the pleading to Betty Newby so she could protect her challenge to the Gates' nomination.

President Bush interfered in Betty Newby's challenge to the Roberts' confirmation and kept her from presenting it to the Supreme Court. In 2007, Betty Newby filed suit and exposed the obstruction of justice by Henry Hager and Karl Rove and others, with Jenna Bush's driving the vehicle used to carry stolen pleadings from the courthouse to the White House in the middle of the night .  Judge    Kennedy, another Bush appointee, dismissed the suit immediately.  The Clerk refused to scan the suit into the PACER process to keep the public from knowing that Jenna Bush and Henry Hager were participants along with other Bush operatives in obstructing justice for Bush's appointees.

In September 2007, Betty Newby filed suit in NY        District Court challenging Bush's appointments, including Michael Mukasey's , on domestic surveillance issues.  President Bush had the Court Security Officers steal the pleadings after they were filed so he could analyze them quickly.

Throughout the Bush presidential surveillance of Betty Newby, he has relied upon signing statements to circumvent federal statutes and the Fourth Amendment .  This has allowed the government to surveille Betty Newby, open her mail, gain her library records, her communications of all types, and to cause her grief and anguish.  President Bush has ordered NSA to obtain voice-overs to preserve her voice for Echelon.  Her life is in danger. The Bush Administration has interferred with needed medical treatment trying wrongfully to keep her from exposing violations of the constitution and civil and criminal laws by Bush loyalists.

Not only has President George W. Bush signed statements purporting not
to be bound by statutes passed by Congress, such as warrantless domestic
surveillance unrelated to terorism, but also former Presidents George H. Bush
and Bill Clinton signed statements likewise unconstitutionally sidestepping
Congressional statutes they had signed into law. Betty Newby contends that
presidential signing statements violate principles of separation of powers
and checks and balances intended by the Framers as bedrock principles in
this country's Constitutional democracy and are unconstitutional.

George H. Bush and his officials violated Betty Ann Newby's civil rights
protected by the Fourth and First Amendments and her right of privacy by
classifying her as a national security risk in order to obtain confidential
and personal information about her, her clients, friends, family, and
others for strategical advantge in class actions she was litigating against
Phillips Petroleum Company and the Johnson and Whittenburg heirs.

George W. Bush, as Governor of Texas, participated in the illegal
surveillance of plaintiff Newby by the Texas Home Guards for the federal
Executive  and to protect Harriet Miers' Dallas firm, the  Whittenburgs,
and Phillips Petroleum Company. As President, he has utilized the heavy
artillery of the        military specializing in terrorist activities to
invade Betty Ann Newby's privacy and ruin her solitude. He has ordered his
agents to intercept all of her communications, to convert and steal her
properties and to destroy her properties to intimidate her from exposing the
illegality of the Iraq War, government surveillance,  the corruption involved
in his political appointing process, and his part in manipulating the futures
market and to allow his personal friend Richard Rainwater to    turn his two
 hundred million dollar investments in ConocoPhillips              futures and
ChevronPhillips stock into two and a half billion dollars based upon the Iraq
War, as well as Dick Cheney's making millions on the Iraq War .

18

Betty Ann Newby's Declaration is attached and incorporated.

## VI.    Causes of Action

A.  Betty Ann Newby pleads violation of her civil rights and property
rights by the defendants, jointly and severally based upon the above-stated
facts.  The state and federal government, including D.C. government, through
their officials, have intentionally invaded plaintiff's privacy and solitude
and have wrongfully intercepted her communications.  They have converted,
stolen,          and destroyed her properties and have intentionally
inflicted mental grief and anguish upon the plaintiff causing her to
suffer damages within the jurisdictional limits of the court.

Presidents Bush, Clinton, and Bush have unconstitutionally violated
principles of separation of powers and checks and balances in using signing
statements rather than veto legislation they did not like causing Betty Ann
Newby damages from illegal government surveillance unrelated to terorism.

B.  President George W. Bush has violated principles of checks and
balances as did former PrexPresident George H. Bush by manipulating the
courts for political favors and private gain .  President George W. Bush has
unconstitutionally altered the mission of the United States Marshals Service to
include protecting him and the Vice-President from political embarrassment
by requiring the Court Security Officers, as employees of US PROTECT, to
trespass onto the Clerk's 24-hour drop boxes and remove pleadings filed by
Betty Ann Newby with orders to return them to Karl Rove and other White
House officials to allow the President total and secret control over federal
judges deciding cases in which the President and Vice-President, their families,
friends,     employees,     lobbyists and contributors are named as defendants.
President Bush has trespassed the limits of his authority as has Vice-
President Cheney in resorting to criminal acts of theft, obstructing justice,

19.

bribery, and civil wrongs to keep Betty Ann Newby from having her rightful access to the courts inaa meaningful time and manner to seek redress for wrongs done to her by the defendants jointly and severally..

C. President Bush and the Senate and its members and the House of Representatives have denied Betty Ann Newby her right to the full elective franchise by not allowing her to participate in Congressional vbusiness as a D.C. resident. This denies her    right to vote and to travel interstate as an American citizen.

D. The present procedure for appointing federal judges by the President denies full political participation by American citizens because, as seen in the appointments made and confirmations  approved, the appointment system is not democratic to Betty Ann Newby and American voters.  All judges should be elected by the people.

E. The facts as stated in this complaint are the result of wealthy contributors giving large sums of money to politicians expecting and receiving political favors in return.  All political contributions are bribes and should be declared illegal as they violate an official's oath of office and destroy due process and equal protection.

F. Domestic surveillance unrelated to terrorism violates the Fourth Amendment, the First Amendment, and the right to privacy.  Warrantless surveillance by the President for political purposes has damaged plaintiff.

Prayer

Wherefore premises considered, plaintiff prays for the following relief after a jury    trial.

1. A 3-judge court to decide the challenge to plaintiff's not being allowed the full elective franchise by the federal government.

2. An injunction prohibiting Congress and the President from denying

Betty Ann Newby her right to participation in the political process.

3. A declaration that the cufcurrent regime denying D.C. residents like Betty Newby the full franchise is unconstitutional

4. An injunction requiring the President to cease making signing statements

5. A Declaration that signing statements are illegal.

6. A Declaration that all warrantless surveillance is unconstitutional as taken against Americans for political reasons on American soil

6. A declaration that the President and Vice-President are amenable to suit as are Congress persons based upon the above facts

7. A declaration that the conficmations of President Bush's nominees are void based upon Due Process violations by the President in the process of the confirmations, including all nominations and confirmations of President Bush.

8. A declaration that all State of Texas Bar proceedings against plaintiff are void based upon Due Process violations.

9. A declaration that the Texas probate proceedings in The Estate of George Ralph Newby, Jr. are void based upon Due Process violations.

9. A declaration that all condemnation proceedings taken by officials for the City of Borger, Texas regarding plaintiff's properties or those of her late brother's are void based upon due process violations , as well as the crushing of plaintiff's Caprice by Borger officials without due process.

10. A judgment in excess of the jurisdictional limits of the court.

11 . All other relief to which plaintiff may be justly entitled.

12. Attorney fees through the U.S. Supreme Court based upon the difficulty and politically unpopularity of this case.

13. A declaration that the War in Iraq is illegal based upon a breach of the UN Charter by President Bush, as plaintiff is a third party beneficiary of

the U.N. Charter making the UN the world's peace-keeper.

14. A declaration that the charters to do business for ChevronPhillips, ConocoPhillips, and ExxonMobile are forfeited based upon their fraud upon the plaintiff and upon America in order to maximize their profits.

25. A Judgment jointly and severally within the jurisdictional limits of this court that includes punitive, compensatory, and nominal damages as applicable.

17. A class certified of defendants-confirmees of the George W. Bush

Administration

Respectfully submitted,

Betty Newby

## Declaration

My name is Betty Ann Newby. I am the plaintiff. I have read the foregoing and all facts are true and correct and are based upon personal knowledge unless otherwise stated. I am competent to amnake this declaration I make this declaration under the pains and penalties of perjury on June 6, 208. in Washington, D.C.

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

L-08-983 RMC

### I (a) PLAINTIFFS

*Betty Ann Newby*

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __11001__
(EXCEPT IN U.S. PLAINTIFF CASES)

*Pro se N/P*

### DEFENDANTS

*George W. Bush, Etal*

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:08-cv-00983
Assigned To : Collyer, Rosemary M.
Assign. Date : 6/6/2008
Description: Civil Rights-Non-Employ.

JURY ACTION

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government
Plaintiff

□ 3 Federal Question
(U.S. Government Not a Party)

⊗ 2 U.S. Government
Defendant

□ 4 Diversity
(Indicate Citizenship of Parties
in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

□ **A. Antitrust**

□ 410 Antitrust

□ **B. Personal Injury/
Malpractice**

□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Federal Employers Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Medical Malpractice
□ 365 Product Liability
□ 368 Asbestos Product Liability

□ **C. Administrative Agency
Review**

□ 151 Medicare Act

**Social Security:**
□ 861 HIA ((1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g)
□ 864 SSID Title XVI
□ 865 RSI (405(g)

**Other Statutes**
□ 891 Agricultural Acts
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
□ 890 Other Statutory Actions (If
Administrative Agency is Involved)

□ **D. Temporary Restraining
Order/Preliminary
Injunction**

Any nature of suit from any category may
be selected for this category of case
assignment.

*(If antitrust, then A governs)*

□ **E. General Civil (Other) OR** □ **F. Pro Se General Civil**

**Real Property**
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

**Personal Property**
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

**Bankruptcy**
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

**Immigration**
□ 462 Naturalization Application
□ 463 Habeas Corpus- Alien
Detainee
□ 465 Other Immigration Actions

**Prisoner Petitions**
□ 535 Death Penalty
□ 540 Mandamus & Other
□ 550 Civil Rights
□ 555 Prison Condition

**Property Rights**
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

**Federal Tax Suits**
□ 870 Taxes (US plaintiff or
defendant

□ 871 IRS-Third Party 26
USC 7609

**Forfeiture/Penalty**
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of
Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational
Safety/Health
□ 690 Other

**Other Statutes**
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC
Rates/etc.

□ 460 Deportation
□ 470 Racketeer Influenced & Corrupt
Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/
Exchange
□ 875 Customer Challenge 12 USC
3410
□ 900 Appeal of fee determination
under equal access to Justice
□ 950 Constitutionality of State
Statutes
□ 890 Other Statutory Actions (if not
Administrative Agency Review
or Privacy Act)

— 0 —

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☐ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

_42 USC 1983_

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS   ☐   ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND:** ☑ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY** N.O.   (See instruction)   ☐ YES   ☑ NO   If yes, please complete related case form.

DATE _6.6.08_   SIGNATURE OF ATTORNEY OF RECORD _uo.D_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

I:\forms\js-44.wpd