CLERK
US DISTRICT & BANKRUPTCY
COURTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

2008 JUL 18 PM 10:01

RECEIVED

Betty Ann Newby,
    Plaintiff,

vs.

George W. Bush, et al.,
    Defendants.

NO. 08-983

JURY TRIAL DEMANDED

*Leave to File Granted RMColly 7/21/08*

## Motion to Enlarge Time to File Amended Complaint

To the Honorable Court:

1. Plaintiff Betty Ann Newby asks the court to grant additional time to file her amended complaint, as authorized by Rule 6(b), Federal Rules of Civil Procedure.

### A. Introduction

1. Betty Ann Newby is the plaintiff. George W. Bush and other named individuals and entities are the defendants.

2. Plaintiff sued the defendants for injunctive and declaratory relief and damages under the Constitution and federal law and pendent state law.

3. The presiding judge has ordered plaintiff to file an amended complaint upon penalty of dismissal with prejudice by July 18, 2008.

4. Betty Ann Newby filed this request for an extension as soon as she became aware of the need for additional time and before the deadline had passed.

### B. Argument

6. The court may grant a request for extension of time for "cause shown." Fed.R.Civ.P 6(b).

RECEIVED

JUL 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1.

7. Plaintiff requests additional time to file the amended complaint because she has a dental-related infection that is causing pain and trauma keeping her from concentrating and completing the amended complaint and filing it by July 18, 2008. She went to the emergency room at Holy Cross Hospital on Thursday night, July 17, 2008; the attending physical prescribed an antibiotic and pain medication prescriptions. Her note excusing plaintiff from work on July 18, 2008, is attached as an exhibit and is incorporated. She signed the note a few minutes after midnight on July 18, 2008.

Plaintiff anticipates receiving treatment for the problem within the next few days and requests an extension of time to file the amended complaint on July 25, 2008. She requests the additional week because she is proceeding pro se and the issues to be addressed are complex and require additional research and cannot be completed before the July 18, 2008, deadline. The extreme heat has exasperated the plaintiff's efforts to complete the amended complaint on July 18, 2008.

7. Plaintiff requests the additional time for cause shown, as stated in this motion and not to delay these proceedings. See Rule 6(b), FEd.R.Civ.P.

## C. Conclusion

8. Betty Ann Newby seeks an extension of time to file her amended complaint on July 25, 2008, rather than July 18 because she is experiencing pain from an oral infection and because the legal issues to be addressed require additional research that cannot be completed before the July 18, 2008, deadline.

2.

9. Plaintiff prays for any additional relief to which she is justly entitled.

10. Her declaration follows and is incorporated into this motion.

Respectfully submitted,

*Betty A. Newby*

Betty Ann Newby, <u>pro se</u>
425 2nd St D.C. 20001

### Declaration

Washington, D.C.

My name is Betty Ann Newby and I am the plaintiff. I have read the foregoing motion and the facts are true and based upon my own knowledge. I make this Declaration under the pains and penalties of perjury on July 18, 2008.

*Betty Ann Newby*

3.



**HOLY CROSS HOSPITAL**

1500 Forest Glen Road
Silver Spring, MD
20910-1484
Phone: (301) 754-7000
www.holycrosshealth.org

# Return to work form

Patient's Name: _Betty Newby_

Date(s) of Treatment: _7/18/08_

☒ He/She may return to work on _7/19/08_ with no restrictions.

☐ He/She may return to work on _____ with the following restrictions _____

☐ I recommend that the patient have follow up care with their primary care physician who can determine if further time off from work/restrictions are needed.

Physician's Name: _H. Marshall_
(printed)

Physician's Signature: _[signature]_

Date: _7/18/08_

Holy Cross Hospital. Experts in Medicine, Specialists in Caring.™