RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT

2008 AUG -8 PM 11: 52

FILING DEPOSITORY

      UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF COLUMBIA

Betty Ann Newby,

    Plaintiff, pro se,

    NO. _____

vs.

JURY TRIAL DEMANDED

George W. Bush; George H. Bush; Jenna Bush Hager; KARL ROVE
Henry Hager; Harriet Miers, Dick Cheney, John
Roberts, Jr; Samuel Alito, Jr; Brett Kavanaugh;
ConocoPhillips HOlding Company; et al. ;

    Defendants.

08-983 (RMC)

let this be filed RMColly 8/12/08

Plaintiff's Motion for Enlargement of Time
to File Amended Complaint

To the Honorable Judge of the court:

    Plaintiff Betty Ann Newby files her motion asking the court to enlarge the time for her to file an amended complaint pursuant to the court's Order dated the third week of July, 2008. For cause she shows the court as follows:

### Facts

    1.  Plaintiff Newby filed her complaint on June 6, 2008, in the above court.  naming both government officials and non-government entities and persons as defendants.

    2.  The Court  entered her Order on June 18 dismissing the complaint without prejudice and ordered plaintiff to file an amended complaint upon or the court would dismiss the complaint with prejudice.  aPersonal illness forced plain

    3.  Personal illness caused Betty Ann Newby to seek a short extension of time to comply with the court's June 18  order.

1

4. In the interim the court rescheduled the due date for filing the amended complaint filing the amended complaint to August 8, 2008, The due date for filing a motion for rehearing and motion for rehearing en banc in the Court of Appeals for the District of Columbia from No. 06-00160 is also August 8, 2008. The Court of Appeals dismissed the appeals on June 24, 2008.

5. The facts and legllegal arguments

5. The factual and legal issues are complex ; many of the issues such as warrantless surveillance by the government and the D.C. vote issue are issues of first impressions.

6. Not only are the issues and legal issues complex and novel, they involve some of the most powerful people in the federal government and their friends, including the Locke law firm in Texas, ConocoPhillips and ChevronPhillips interests, EXXon-Mobil interests, and personal members of the Bush family Understandably, a certain experienced counsel are either professionally conflicted from representing plaintiff or they are eager to represent government officials and agencies as D.C. firms and lawyers. The District of Columbia is more regimented as a company town than former company towns in Texas like Phillips, Texas,and nettttnetworkd of influence proliferate in the District. Plaintiff has diligently tried to associate engage counsel to represent her and is making some progress. However, she has been unable to contract with competent counsel to prepare an amended complaint or motionand motion for rehearing and motion for rehearing en banc to be filed on the same date, August, 8, 2008.

2

7. The problem is exasperated by plaintiff's poverty and being unable to find a teaching job to support herself. As alleged in her complaint, agents for ConocoPhillips, Chevron Phillips, the Locke firm, and government agents conspired to destroy her homes in Texas in retaliation for her aggressive litigation for over 1200 dispossessed Phillips homeowners who were forced to relocate their homes in Phillips, Texas for approximately 1/20th of what it cost them to move. in class actions in Texas. The response costs incurred byfrom exposure to hazardous chemicals and dmaadamages now exceed a billion dollars. Harriet Miers' Dallas firm represented corporate Phillips from 1986-2000 in the litigation. The undersigned and her clients caught Locke lawyers and Phillips lawyers suborning perjury and intentionally spoliating Phillips' environmental records in violation of a federal court order. Subsequently, the Whittenburgs and Phillips bribed lead counsel for the homeowners and the former initiated a lucrative referral business with the presiding judge's husband's two-man law firm without disclosures. They tried to bribe the undersigned, but she declined their offer. As a sole practitioner in Borger, she succeeded in litigating against the City of Borger and Phillips Petroleum Company and others for her blue-collar clients. B George Whittenburg, III. and the Locke firm, with help from Exxon-Mobil and ChevronPhillips, and ConocoPhillips, succeeded in ruining her professionally . Big oil interests in Texas and the Locke firm control most of the courts in the Fifth Circuit. Betty Newby relocated to D.C. in 2005.

Betty Newby resides in a homeless shelter in D.C.. She has only a few hundred dollars a month from federal entitlements based upon her age and her poverty level. Therefore, she is unable to retain experienced counsel to represent her meritorious claims. She has diligentldiligently tried to earn more money. as a temporary laborer.

8. Further, Betty Newby discovered that unknown persons stole the entire contents of a storage unit where she had stored her important papers and legal files in D.C. She has tried to replace her legal scholarship since that time but is making slow progress without a computer or an assistant. Research she had already completed was contained in the storage unit repreeenting hundreds of hours of study and research. Without the research and her files, she is at a disadvantage in preparing the above-described legal pleadings by August 8, 2008.

9. As explained in plaintiff's July motion for enlargement of time to file her amended complaint, she is suffereing from a dental-related infection that has slowed her performance and dulled her thinking because of the continuing pain and discomfort. Specialists will not accept D.C. Medicaid and she has no money to pay for the treatment she needs. While she has obtained a September appointment with a specialist and is saving her money to pay him for his services, she is still suffering from the persistent pain and infection, causing her to be unable to engage in multiple activities

10. Furthermore, her claims against the government involve claims procedures that are conditions precedent to filing suit and are vital for the court's jurisdiction. Betty Ann Newby

needs to perfect her claims before the suit can proceed. and needs additional time.

## Argument

The federal procedural rules are intended to afford all litigants a just, speedy, and impartial determination of their claims. The court is allowed to enlarge the time in which pleadings have to be filed and other acts completed when equity requires. The above facts establish that plaintiff Newby , through no fault of her own, is unable to file an amended complaint by August 8, 2008;  and that she is entitled to ask the court to exercise her discretion and enlarge the time within which plaintiff is required to file an amended complaint.

Plaintiff has also filed a motion asking this court to take steps to convene a three-judge court to decide the apportionment-related claims of the plaintiff involving the current regime's refusal to allow her as an unrepresented D.C. voter the right to participate in the political process of confirmations and Congressional affairs.  This motion also asks the court to reinstate the original complaint so the three-judge court can determine the sufficiency of the allegations.  The pcourt may remand issues not apportionment-relatedto this cpurt.  However, the single-judge court cannot decide any merit-related issues about the apportionment-related' claims, including the sufficiency of the pleadings.  The motion asks the court to vacate her order requiring an amended complaint.

Betty Ann Newbyalso files her motion to dismiss the case without prejudice in order to allow her to comply with the notice requirements in light of the fact that the defendants

The defendants will not be harmed if the court enlarges the time for the plaintiff and the defendants to comply with the requisite notice requirements as government defendants as it will save them both time and money. It will save valuable judicial resources.

WHEREFORE, PREMISES CONSIDERED, PlaintiffNewby asks the Court to enlarge the time for her to file her amended complaint for the reasons askepresented in this motion. She seeks the enlargement o of time so that justice may be served and for no other reason. She files this motion in good faith and asks for any additional relief to which she may be justly entitled. The enlargement of time should allow the government time to provide plaintiff notice of its surveillance activities and to respond to her claims notices for damages, where appropriate.

Respectfully submitted,
*[signature]*
Betty Ann Newby
425 2nd St. NW D.C. 20001

### Declaration

My name is Betty Ann Newby. I have read the foregoing motion. The facts are true anband correct and are based upon my own personal knowledge, I make this declaration under the pains and penalties of perjury. I make this declaration in D.C. on August 8, 2008. I am competent and over 18.

*[signature]*