RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

2008 AUG -8 PM 11: 52

FILING DEPOSITORY
NO. _____

Betty Ann Newby,

    Plaintiff, <u>Pro Se.</u>,

vs.

George W. Bush, George H. Bush, HJenna Bush Hager;
Henry HatgerHager; Harriet Miers; Dick Cheney;
Karl Rove, John Roberts, Jr.; Samuel Alito, Jr.;
Brett Kavanaugh; ConocoPhillips HOlding Company,
<u>et al.</u>

Jury Trial Demanded

08-983(RMC)
Let this be filed
Rosemary M. Collyer
8/12/08

<u>Motion to Dismiss the Case Voluntarily and
without Prejudice  or Non-Suit the Case
without Prejudice</u>

To the Honorable Judge of Said Court:

    Plaintiff Betty Ann Newby files her motion to nonsisuit her case without prejudice or to dismiss it without prejudice. For cause, she shows the court as follows.
The defendants have not filed responsive pleadings and summary judgment motions are not pending.  The court still has jurisdiction to dismiss the case without prejudice, Plaintiff relies on Rule __41__ , FRCP in seeking the filing a voluntary dismissal without prejudice to refile. Plaintiff filed the original complaint on June 6, 2008 , in this court.  Plaintiff

    The court has ordered plaintiff to amend her complaint by August 8, 2008; however, that is not possible because some of plaintiff's claims require notice from and to the government that . /theThe requirement notices have not been resolved to give the court jurisdiction over certicertain of plaintiff's claims. Plaintiff files her non-suit without prejudice to allow the notice requirements to be perfected.

WHEREFORE, PREMISES CONSIDERED, Plaintiff aks asks the court to enter an order dismissing her complaint to enter an order allowing her to dismiss her case without prejudice by vacating her previous order dismissing the original complaint without prejudice, conditioned that plaintiff file an amended complaint by August 8, 2008. She asks the court to reinstate her original complaint filed on June 6, 2008; and after reinstating it and amending the Orders requiring her to file an amended complaint by August 8, 2008, to enter an order dismissing her complaint and case without prejudice to refile . She prays for any additional relief to which she is entitled.

Respectfully submitted,

Betty Ann Newby

425 2nd SN. St. NW D.C. 20001

### Declaration

My name is Betty Ann Newby. I am the plaintiff. I have read the foregoing motion. The facts are true and based upon personal knowledge. I amake this declaration under the pains and penalties of perjury on JAugust 8, 2008 in D.C.
I am competent and over 18 years of age. I make this declaration in D.C.